# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**OTIS BLAXTON,**

    **Plaintiff,**

**v.**                                                **Case No: 8:24-cv-1973-MSS-AAS**

**HILLSBOROUGH COUNTY,**

    **Defendant.**

---

## **ORDER**

**THIS CAUSE** comes before the Court upon consideration of Plaintiff's Second Amended Complaint and Plaintiff's failure to pay the filing fee, which the Court construes as a motion to proceed *in forma pauperis*.

Plaintiff's Second Amended Complaint fails to state a cause of action for the same reasons the Court previously found the Complaint and the First Amended Complaint deficient. (Dkt. 3 at 4; Dkt. 10 at 3) Plaintiff is also a frequent filer of frivolous complaints. The Second Amended Complaint did not cure the deficiencies previously pointed out by the Court. To proceed *in forma pauperis*, Plaintiff must file a complaint that states a viable cause of action. 28 U.S.C. § 1915(e)(2)(B). Plaintiff's failure to state a claim must result in the dismissal of the Second Amended Complaint and the denial of the construed motion to proceed *in forma pauperis*.

Accordingly, and because the Court has afforded Plaintiff several opportunities to cure the defects in this action, it is **ORDERED** that the Second Amended Complaint, (Dkt. 11), is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of December 2024.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person